# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2449

_____

CASEY D. LANNS,

　　Appellant,

v.

STATE OF FLORIDA,

　　Appellee.

_____

On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.

February 10, 2026

PER CURIAM.

　　AFFIRMED.

ROWE, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brooke V. Elvington of Brooke Elvington Appellate Law, Dunedin, for Appellant.

James Uthmeier, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.